1   disabilities;

2   (2) <u>to provide clear, strong, consistent,</u>
3   <u>enforceable standards</u> addressing discrimination
4   against individuals with disabilities;

5   (3) to ensure that the Federal government plays
6   a central role in enforcing the standards
7   established in this act on behalf of individuals
8   with disabilities; and

9   (4) to invoke the sweep of Congressional
10  authority, including the power to enforce the 14th
11  Amendment and to regulate commerce, in order to
12  <u>address the major areas of discrimination faced day</u>
13  <u>to day by people with disabilities</u>. (Emphasis
14  added)

15   41. As part of the Americans with Disabilities Act,
16  Public Law 101-336, (hereinafter the "ADA"), Congress passed
17  "Title III - Public Accommodations and Services Operated by
18  Private Entities" (42 U.S.C 12181ff). Among "private entities"
19  which are considered "public accommodations" for purposes of
20  this title are identified as "office of an accountant or lawyer,
21  pharmacy, insurance office, professional office of a health care
22  provider, hospital, or other service establishment."
23  (§§ 301(7)(F) [42 U.S.C. 12181].)

24   42. Pursuant to Section 302 [42 U.S.C 12182], "[n]o
25  individual shall be discriminated against on the basis of
26  disability in the full and equal enjoyment of the goods,
27  services, facilities, privileges, advantages, or accommodations
28  of any place of public accommodation by any person who owns,