**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
 tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
Fax: 888/210-8868

Attorneys for Plaintiff EDWARD W. CUTTER

DAVID S. FISHER, PRESIDENT, SB# 125416
FISHER LAW CORPORATION
5850 Canoga Avenue, Suite 400
Woodland Hills, CA 91367
Telephone (818) 888-5500
Facsimile (818) 888-5549
david@fisherlawcorp.com

Attorneys for Defendant 520 SEPULVEDA, LLC

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD W. CUTTER,<br><br>           Plaintiff,<br><br>v.<br><br>520 SEPULVEDA, LLC.; DOES 1 THROUGH 50, Inclusive,<br><br>           Defendants.<br>_____ / | CASE NO. 2:10-CV-07716-RGK-MAN<br>Civil Rights<br><br>**NOTICE OF SETTLEMENT; AND STIPULATION REQUESTING DISMISSAL WITH PREJUDICE, BUT WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT** |

## STIPULATION

The Parties are pleased to report that they have reached a complete settlement of this action, and resolving all of Plaintiff's claims, including injunctive relief, statutory damages, and reasonable statutory attorney's fees, litigation expenses and costs. The settlement has now been reduced to a written agreement. Therefore, and pursuant to the agreement, the Parties request that this action be dismissed with prejudice, but that the Court retain jurisdiction to

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

Request for Dismissal With Retained Jurisdiction: Case No. 2:10-CV-07716-RGK-MAN

1 | interpret and enforce the settlement agreement.

2 |     SO STIPULATED.

3 | Dated: July 2, 2011      THIMESCH LAW OFFICES
    TIMOTHY S. THIMESCH, ESQ.

/s/ Authorized Signed
Attorneys for Plaintiff
EDWARD W. CUTTER

Dated: July 2, 2011      DAVID S. FISHER, PRESIDENT
FISHER LAW CORPORATION

/s/ Authorized Signed
Attorneys for Defendant
520 SEPULVEDA, LLC

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401