**Thimesch Law Offices**
TIMOTHY S. THIMESCH, ESQ., No. 148213
 tim@thimeschlaw.com
158 Hilltop Crescent
Walnut Creek, CA 94597-3452
Tel: 925/588-0401
Fax: 888/210-8868

Attorneys for Plaintiff EDWARD W. CUTTER

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD W. CUTTER,<br><br>    Plaintiff,<br><br>v.<br><br>520 SEPULVEDA, LLC.; DOES 1 THROUGH 50, Inclusive,<br><br>    Defendants.<br>_____ / | CASE NO. 2:10-CV-07716-RGK-MAN<br>Civil Rights<br><br>**[Proposed] ORDER DISMISSING CASE WITH PREJUDICE, BUT WITH RETAINED JURISDICTION TO INTERPRET AND ENFORCE THE SETTLEMENT AGREEMENT** |

The Parties having reported a complete settlement of all claims in the matter, including statutory damages, and reasonable statutory attorney's fees, litigation expenses and costs, and that they have formalized the settlement into a written agreement,

The Court hereby dismisses the case with prejudice, but that the Court retain jurisdiction

////

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

**Order Re Dismissal: Case No. 2:10-CV-07716-RGK-MAN**

1  to interpret and enforce the settlement agreement.

2  **SO ORDERED.** _____

3  _____

4  _____.

5

6  Date: _____

7  HON. R. GARY KLAUSNER
   JUDGE OF U.S. DISTRICT COURT

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK,
CA 94597-3452
(925) 588-0401

**Order Re Dismissal: Case No. 2:10-CV-07716-RGK-MAN**   — 2 —